IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN L. HANSON,

    Plaintiff,

  v.

KALAHARI DEVELOPMENT LLC,

    Defendant.

Case No. 17-cv-879-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kalahari Development LLC against plaintiff Steven L. Hanson dismissing this case.

| s/ K. Frederickson, Deputy Clerk | April 19, 2019 |
| :---: | :---: |
| Peter Oppeneer, Clerk of Court | Date |