UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

STEVEN L. HANSON

   Plaintiff-Appellant,

  v.          Case No: 17-CV-0879

KALAHARI DEVELOPMENT LLC,   Hon. James D. Peterson, presiding
d/b/a Kalahari Resort &
Convention Center

   Defendant-Appellee.

## NOTICE OF APPEAL

  Notice is hereby given that Plaintiff-Appellant in this case, Steven L. Hanson, by his

counsel Heins Employment Law Practice LLC, by Attorney Janet L. Heins, hereby appeals to the

United States Court of Appeals for the Seventh Circuit from all aspects of the final Judgment

entered in this action on April 19, 2019, granting the Defendant's Motion for Summary

Judgment and any award of costs to Defendants.

  Dated this 16th day of May, 2019.

         HEINS EMPLOYMENT LAW PRACTICE LLC
         Counsel for the Plaintiff-Appellant


         *s/ Janet L. Heins* .
         Janet L. Heins, WI Bar No. 1000677

HEINS EMPLOYMENT LAW PRACTICE LLC
200 South Executive Drive, Suite 101
Brookfield, WI 53005
(262) 241-8444 voice
e-mail: jheins@heinslawoffice.com